The People of the State of New York v. Louis Markheim.— Motion granted and time extended to January 6, 1914, when case and printed papers must be on file or appeal stands dismissed. Order to be settled on notice. Present — Ingraham. P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Pasquale Cavallo v. People's Surety Company of New York.— Time to file brief extended until January 3, 1914. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Martin Peterson and Others v. Hudson P. Rose Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Peter Klein v. Emma Utz.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William Thiele v. James J. Dill.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William Thiele v. United Gas and Electric Corporation.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph Siegel v. The White Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Morris Feinsot and Others v. Maurice J. Burnstein. — Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Eliza Arkenburgh v. Edward N. Seniors Sons Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Val Fink Company v. Locomobile Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Conrad Becker v. Charles A. Burgess.— Application denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Conrad Becker v. Charles A. Burgess.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Herman Finkelstein v. Isadore Punie.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Edwin M. Post and Another, Appellants, v. Edward R. Thomas and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Marek Simek, as Administrator, etc., Respondent, v. Joseph F. Belle Isle, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $1,500; in which event, judgment as so modified and order affirmed,